# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137196(8)(9)

IN RE ANONYMOUS JUDGE                    SC: 137196

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's September 19, 2008 order is considered, and it is DENIED, because the Judicial Tenure Commission has represented to this Court that it will not authorize a formal complaint before the November 4, 2008 general election.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

_____
Clerk

d1015